UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CASSIE M. KRAUSZ,

        Plaintiff,

v.                                               Case No:  2:16-cv-461-FtM-38CM

RECOVERY MANAGEMENT
SOLUTIONS, LLC,

        Defendant.

---

## ORDER

This matter comes before the Court upon review of Defendant's Unopposed Motion to Amend Answer and Affirmative Defenses to Amended Complaint (Doc. 25) filed on March 3, 2017.   Defendant seeks to amend its Answer and Affirmative Defenses to Plaintiff's Verified Amended Complaint and Request for Jury Trial (Doc. 18) ("Answer") because Plaintiff filed a Motion to Strike Defendant's Affirmative Defenses (Doc. 22).   Doc. 25 at 1.   In lieu of responding to Plaintiff's motion to strike, Defendant seeks to remove several affirmative defenses and amend the remaining affirmative defenses.   *Id.*   Defendant alleges that the amendment will not affect the body of its Answer.   *Id.*   Plaintiff does not oppose the requested relief.   *Id.* at 2.

Pursuant to Rule 15, the court should freely give leave when justice so requires."   Fed. R. Civ. P. 15(a)(2).   "Although leave to amend shall be freely given when justice so requires, a motion to amend may be denied on numerous grounds such as undue delay, undue prejudice to the defendants, and futility of the amendment."   *Maynard v. Bd. of Regents of the Div. of Univs. of the Fla. Dep't of*

*Educ. ex rel. Univ. of S. Fla.*, 342 F.3d 1281, 1287 (11th Cir. 2003) (internal quotation marks omitted).     Here, Plaintiff does not object to the requested relief. Furthermore, upon review of the motion and the proposed Amended Answer and Affirmative Defenses to Plaintiff's Verified Amended Complaint and Request for Jury Trial (Doc. 25-1), the Court finds that good cause exists, and neither ground justifying a denial of leave to amend is present.

ACCORDINGLY, it is hereby

**ORDERED:**

1.     Defendant's Unopposed Motion to Amend Answer and Affirmative Defenses to Amended Complaint (Doc. 25) is **GRANTED**.

2.     The Clerk of Court is directed to file the Amended Answer and Affirmative Defenses to Plaintiff's Verified Amended Complaint and Request for Jury Trial (Doc. 25-1) as a separate docket entry.

3.     Plaintiff's Motion to Strike Defendant's Affirmative Defenses (Doc. 22) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 6th day of March, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record